MILPRINT, INC., RESPONDENT, v. MacLEOD LABORATORIES, APPELLANT.

Argued February 4, 1942—Decided April 23, 1942.

For the appellant, *Wilfred B. Wolcott.*

For the respondent, *Alexander Denbo* and *Sidney W. Bookbinder.*

PER CURIAM.

An action on a book account was brought in the District Court to recover the price of goods sold by sample. The proofs support the fact findings of that court. On appeal to the Supreme Court the judgment was affirmed. We cannot reverse on such a record.

The judgment is affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BODINE, HEHER, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 11.

*For reversal*—None.